IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNICARE LIFE & HEALTH
INSURANCE COMPANY,

    Plaintiff,

v.                                     Case No. 1:11-cv-61-SPM/GRJ

CONNIE GALVAN and CHERYL
ANN MORGAN,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 10).  Defendants have been afforded an opportunity to file objections.  No objections were filed.  Upon consideration, I have determined that the Report and Recommendation is correct and should be adopted.

Accordingly, it is hereby ORDERED and ADJUDGED as follows:

1.    The Magistrate Judge's Report and Recommendation (doc. 10) is **adopted** and incorporated by reference into this order.

2.    Plaintiff's Unopposed Motion For Default Judgment Against Defendant Connie Galvan And Motion To Deposit Funds And Be

        Discharged From Case (Doc. 8) is **GRANTED**.

4. The Clerk is hereby directed to enter a default judgment against Connie Galvan foreclosing any claim she may have to the remaining proceeds to be deposited into the Court's registry.

5. Unicare is hereby ordered to deposit the remaining proceeds of $22,000.00, plus any applicable interest, into the Court's registry within fourteen (14) days of the date of the Court's Order adopting this report and recommendation.

6. The Defendants, Connie Galvan and Cheryl Ann Morgan, their officers, agents, servants, and attorneys and those in active concert or participation with them who receive actual notice of the Court's Order are hereby enjoined from instituting any action or actions in any court against Unicare arising out of or relating to any claim or claims with respect to the rights to and proceeds under group policy no. GI-17-GCC, which insured the Decedent, Terry Morgan.

7. Unicare is fully and finally discharged from all further liability as to any and all claims for the remaining proceeds under group policy no. GI-17-GCC and interest thereon and is dismissed from this action upon depositing the remaining proceeds of $22,000.00, plus applicable interest, into the Court's registry.

8. The Clerk is hereby directed to disburse the remaining proceeds of $22,000.00, plus applicable interest, to Defendant Cheryl Ann Morgan after the funds are deposited into the Court's registry and upon the filing of a motion by Defendant Cheryl Ann Morgan requesting disbursement to her of the funds in the Court's registry.

DONE AND ORDERED this 15th day of December, 2011.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge